UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

MICHAEL VALDEZ, a/k/a "Bigga," and
RYAN DIAZ, a/k/a "Rico,"

Defendants.

**ORDER**

19 Mag. 10616 (UA)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that a bail review hearing will take place with respect to defendant Michael Valdez on **November 15, 2019 at 3:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
November 14, 2019

SO ORDERED.

Paul G. Gardephe
United States District Judge