UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

MICHAEL VALDEZ, a/k/a "Bigga," and
RYAN DIAZ, a/k/a "Rico,"

Defendants.

**ORDER**

19 Mag. 10616 (UA)

PAUL G. GARDEPHE, U.S.D.J.:

For the reasons stated on the record at today's hearing, Magistrate Judge Parker's order granting bail is vacated, and Defendant Michael Valdez is remanded pending trial.

Dated: New York, New York
November 15, 2019

SO ORDERED.

Paul G. Gardephe
United States District Judge
Part I